UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No.: 3:21cr8/TKW

CODY DEWAYNE JONES
_____/

**ACCEPTANCE OF PLEA OF GUILTY**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **CODY DEWAYNE JONES**, to Count One, Count Three, and Count Four of the Indictment is hereby **ACCEPTED**. All parties must appear before this Court for sentencing as directed.

**DONE and ORDERED** this 13th day of January, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**